UNITED STATES NORTHERN DISTRICT COURTS

ROY O. DANIELS
Plaintiff
Vs.

Legal Mail
Provided to Florida State Prison on
12/8/22 for mailing by ______

~~CASE~~ RC NO; 4:22-cv-00450 TKW/MAF

GOV. RON DESANTIS
REG. DIR. JOHN PALMER, et al
Defendant(s)

(YES) Jury Trial Requested

"1983 CIVIL RIGHTS COMPLAINT"

I.,) PARTIES TO THE COMPLAINT,.

A,) Roy O. Daniels,. I.D,. #L25255 (Plaintiff)
Florida State Prison
P.O. Box 800/Raiford, Florida 32083

B,.) Gov. Ron DeSantis (Defendant)
The Capitol/PL-01
400 South Monroe Street
Tallahassee, Florida 32399
Sued in,. Individual & Official Capacities

.2) Reg. Dir. John Palmer (Defendant)
Florida Dept of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399
Sued in,. Individual & Official Capacities

II,.) BASIS FOR JURISDICTION UNDER 28 U.S.C § 1331 or § 1346
Under 42 U.S.C §1983, Plaintiff is sueing state & local officials for the Deprivation of my rights, privileges & immunities secured by the Constitutions & Federal Laws,. ☑ State/Local Officials are being sued in this §1983 Case,.

III PRISONER STATUS
☑ (Illegally/Wrongfully) Convicted State Prisoner

FILED USDC FLND TL
DEC 16 '22 PM4:02

IV STATEMENT OF FACTS

#1) While being housed at Taylor C.I's Conf. from 9/24/22 to 11/21/22, Mass Inmates & my self were being denied the Rights to Socks/T-Shirts/Warm Clothes (ours & there's) & our Extra Blankets during daylight hours,, 7am/5:30 pm,,

#2) Taylor C.I's Conf,. Officers STOLE not only my (6X) Sweat Shirt & (4X) Long John Bottom & (6X) Long John Top! But also 2 pairs socks, my Stamps (x5), Envelopes (x5), & Stamped Postcards (x5), Legal Books, Legal Aid Manuals, Writting Paper, Pens (ALL x4), Photo's (x25 - 30), 2 Bowls, Coffee Cup, Hair Brush, Foster Grant Wire Rimmed Glasses (200 Grade), Chess Board, 2 packs of playing cards, 3 Romain Soups, 1 Bag Coffee, & MORE! (Clothing is main issue due to warmth!)

#3) Taylor C.I's Conf,. Despite multiple Notifications during Insp(ections) "Weekly" by Tony Anderson (Tallahassee F.D.O.C), John Palmer (Tallahassee F.D.O.C), Warden Keen, Colonel, Major, L.T's & more, Could plainly see that we (ZN MASS!) had No Socks, T-Shirts, & (Especially during winter,.),. But they Ignored that,.

#3b) This included the fact that my window was Deli(berately) Disabled into the open position! The Handle had been "Grinded off" smooth w/the window's face cover, (See #36)

#3c). My Tolet Leaked RAW SEWAGE from it's base! They Vin(dictively) Harrased me for Keeping an extra sheet around the Tolet's base to contain the SEWAGE leak! 85% of the time I had to argue w/them to get a clean sheet!

#3d) The Colonel tried to tell me (11/1/22) that I wasn't allowed to use my (CLEAN) bedding sheet to Replace the "SMELLING/SATURATED" old sheet! (Laundry had just come thru & Defiantly refused to let me exchange it for a clean one!) THE FORMAL GRZE(VANCE) HAS NEVER COME BACK YET! (Taylor's documented doing this frequently,) 2211-218-000 Recieved 12/2/22,

#3e) Taylor C.I, Conf, On 11/18/22,. I "Physically" got into an Altercation for the fact that officers weren't "Nieve" enough to not know that "NO ONE" was supposed to be housed in a cell w/a RAW SEWAGE leak in it! The Use of Force (D.R # 218-221936) not only shows the "Brown & Yellow" DISCOLORED (White Sheet) being Saturated & that they were in Clear Vio(lation) of Health Codes & Housing Codes,. They were Vin & Retalitorally taking the (Extra) Sheet that kept the RAW SEWAGE from going all over my cell! They were doing this as a Del(iberate) Hit to be able to get my legal work & tablet to obstruct my case against them, (FN3 →) They wanted to put me on Strip in Winter for Vindictive Spite,.

#4) Taylor C.I's Conf,. All of the Sink Drain's (into tiolet) are massively clogged w/BLACK MOLD! Not including walls/ceilings/Base Board Area & under Heaters!

#5) The Duck Workings & Vents in the Visatation Building's two Conf. cells are also Full of Black Mold,. (This is Documented as "Epidemic" thru out F.D.O.C & will not change! So long as

#5) (Cont.) F.D.O.C is left to itself to be able to COVER IT UP!!

#6) Taylor C.I Conf, (Probably ALL of Compound!) Despite being notified almost daily (Verbally!) by myself! Are Denied the Rights to use our Extra Blanket from 7am to 5:30pm Even though Cold has no set time limits! AND

#6b) John Palmer (#1 Reg. Dir.) was priorly sued & LOST!! In Federal Courts for freezing Inmates at F.S.P when he was there acting Warden! Notifications were fully served at that point alone,, He was fined $15K! & Still Ignored it!!

#6c) Palmer was further notified in Union Court's Cases #63-2015-CV-(2140 #1 / 2404 #2) of his having "No Plausable Denial" Capabilities then as well = Temp Issues! (FN1)

#6d) Palmer was further notified in Federal Court case #17-11366-B I brought against him,, Palmer clearly has no fears of legal repercussions AS I'M SHOWING!

#6e) Palmer as being the #1 Reg. Dir. is "Required" under his Title to "Cordinate" w/all Reg. Dir. to Ensure "UNIFORMITY" thru out the State! Therefore issue 3b, & Informal Grie (O.C.I) #115-2201-0097) & (O.C.I) Formal Grie #2201-115-138 & I know for a fact that O.C.I/F.S.P/Butler Main Unit (R.M.C) & more! Have "100's" of grie's over the years,,

#7) R.M.C's "I" Dorm! Has Broken Windows IN EVERY WING! Birds fly in FREELY! & NEST IN THE EM. LIGHTING (CEILING) CAGES! 50+% of EVERY WINDOW in EVERY DORM there is Broken! Bird Droppings are 1+ inch thick in places! There is NO WAY possible that Ventilation (Hot or Cold) could be met! Despite the fact that a Fed Ruling Requires All prison buildings to be Temp. Controled by 2023,, = Further Notifications Served! They haven't even started to fix them!

#7b) F.S.P's Conf,, Our/my cell window(s) not only have holes in the Screen! But it's Broken (Closed). It leaks Cold air in/out! & Is Totally Outdated! (B1119 cell)

#7c) Taylor Conf,, RMC's Conf,, & F.S.P's Conf have old, Outdated Heating Systems! There is NO way they could "UNIFORMLY" Heat/Cool any building & therein any Inmate,, Heat turned (F.S.P) off 11/27/22

#7d) Mass Wings in F.S.P (as priorly Design Plan Drawn, Exhibits, case against Palmer provided,,) show that 4 (only) Heating Vents! ON ONLY THE 3RD Floor "concrete" walkways! Could IN NO WAY even moderately reach the 2nd floor cells! Much less (NONE Existant!) on the 1st Floor Cells!

#7e) R.M.C's (Main Unit) "I" Dorm has Heating Boxes only on the 1st floor! (In the Dayroom/walkway!) The 2nd Floor has nothing! Especially w/50% of the windows above the heaters

FN1) Palmer had me Em. Transferred! Lied to 3x Lifer & Major Gang member about my charges! To try & stop me from continueing against him! Attempted Assault!

being broken OPEN!

#7f) Taylor's Conf. Has almost NONE EXISTANT Radiant Heating! (R.H) The outside wall "TOUCHING" the R.H. was cold,, R.H. pipes are covered in 50+ yr old Layered Dust! The grills are painted closed! The Steel Bunks "1½" inches above Heating grill! Is not even warm more than 1ft of it's about 6.5 ft length!

#8) Thru out Florida's Prison's! Men would be FORCED to fight for who controls the window/Heating/Cold,, Yet men from South Fla & North Fla are commonly put in the same cell! W/No thoughts to how they might "co" exist in them! (FN 4)

#9) F.S.P Conf/Taylor Conf/Okaloosa Conf/RMC's Conf AND MORE! we/I am denied the Rights to have Jackets/Long Johns/Sweat Shirts/Socks/T-Shirts, thereby depriving me(us) of the abilities to get warm! (Not Including how Dirty our floors are = No socks!) Yet not only does Ch. 33 say, "the same as compound!" & Under Ch 33-601-301,, They must fimilurize themselves w/Ch 33,, Even 2 men built exactly alike, will have Different Temp Telerances!

#10) Gov. DeSantis (I'm sure) had F.D.O.C's "Gen(eral) Council" issue a "Notice of Responsibilities" THRU OUT the Prison Systems, (To try & Cover his Tail Legally!) The Gov. is "CEO/OWNER & PRESIDENT" of F.D.O.C under F.S.§ 20.315(3),, (Richy Dixon is HIS "Secretary") (FN2) Yet NOT ONE,, Warden, down to Officer is being made to abide by the Gen. Council's Orders to show Responsibilities (Resp)! When WE demand to see who's violating our Const. Protected Rights as mentioned above & below! They walk off laughing (at the Orders!) They know full well that the System will do nothing BUT PROTECT THEM!

#11) (Or Explain how) R.M.C's "I" Dorm was Condemned! "Main Structural Support Damages!" & Massive Sub Structural Damages! Bio Hazard Waste (Bird Poop/Infested w/Roaches,, Spiders,, Bed Bugs & more!) THRU OUT IT! YET! YOU RE-OPENED IT!

#11b) R.M.C's "I & K" Dorm's! How is it that "I" dorms "COMPLETE" Exhaust Ventilation Systems are Broken! "EXTREME EMPHASIS" to the Fact that it didn't happen over night! (like the 1inch thick Bird Poop!?) This had to happen over MULTIPLE/MASS YRS! Yet it's Warden & Management has NOT A DROP OF FEAR for How "INHUMANELY" they treat inmates! (Yet Animals couldn't be housed in Conditions like this) (FN5)

#11c) RMC's Med Records will support how mass "Heat Rashes" are documented in "I & K" dorms! I WAS HOUSED VIN IN BOTH! My Med records will show I was "Inflicted" thru out my body

FN2) Nothing Personal Gov. DeSantis,, But it's your position that needs to act,.

FN4) This is why WE are supposed to be able to Independantly Cool or Warm ourselves!

FN5) The Courts need to Contact Mr. James Haigler @ (352) 301-0874,, For Monthes He called (I.G/Gov/Tall) DAILY about these conditions! (= I Dorm Closed!) All Documented!

#11c) (Cont) w/ this Heat Rash! FOR MONTHS!!

#11d) We are Forced to go to call outs & Transfers w/out any protection from the Cold!

V STATEMENT OF CLAIMS,,

#12) Plaintiff as being Housed under every single one of these above conditions & circumstances for Extended Periods of time! Has been "Physically" assaulted! Cold & Extreme Heat are deemed to be Physical Assaults upon a body. See Bibbs Vs. Early, 541 F.3d 267 (5th Cir, 2008); Gaston V. Coughlin, 249 F.3d 156 (2d. Cir. 2001). Supporting Heating & Cooling Issues,, Grie #115-2201-0097,,

#13) But it's more importantly addressed under Sibron V. N.Y., 392 U.S. 40, 55 (1968), stating,, "Wherein the Damage is done!" Showing that my pain & suffering can not be ignored, or Dismissed! My full bodied Heat Rash, being Cooked, my UN controlable Shakes from being cold!

#13b) (Entered as a Supporting Ground ONLY!) I STILL HAVE! & HAD a "BROKEN" ARM & SHOULDER that they Vin Refused To "Set" back to normal! (Arm),, & To Surgically Fix my "UNJOINED" shoulder bones! (Humerous to Collar Bone"S") It was Sadistically "Funny to Officials & Med to refuse to renew med passes!

#14) Yet under Estelle V. Gamble, 429 U.S. 97, 103 (1976),, The Supreme Courts stated that ,, "An Inmate must rely on prison authorities to treat his (medical) needs, if the authorities fail to do so, those needs will not be met,," Meaning, Plaintiff can't go some place else to have his needs met! &,,

#15) "Lack of Funding" is not a Viable Excuse under Carty V. Turnbull, 144 F. Supp. 2d 395 (V.I. 2001),, Meaning, If you can't properly do your jobs! Your not Qualified to stay!

#16) Yet under F.S. § 20.315(3) & under Art. 6, Sec 3,, Gov DeSantis has a Sworn to Oath to uphold the People's Rights! & Therein including myself as a (WRONGFULLY IMPRISONED! FN 6) American Citizen!

#17) Under Gravel V. U.S, 33 L.Ed. 2d 583, 406 U.S. 606,, We as U.S. citizen's need only report ONLY ONCE to "ANY" Official! If they DO NOT uphold there Oathes to office! Then they are not acting "W/IN" the Restraints of law! Then there not protected under law!

#18) It clearly states under Art. 3, Sec 11, that NO SPECIAL LAW prohibiting our rights therein (Prison) shall be applied to those w/crimes! Yet in Vio of those Const. Rights! It's UNCONTESTABLE that the System & Management Defiantly allow F.D.O.C to Violate Our Rights "YEAR AFTER YEAR"! At "INST AFTER INST!" & The System w/ EXTREME PREJUDICE has US(A) to address issues as if they never happened before! Yet

FN 6) How can I be Imprisoned under offenses that do not constitute a Vio under law?

mass years of grie's show that it's being allowed as more of a UN Const, Corrupted "Protocal(s)" that are being used to Illegally Allow F.D.O.C to continue to opperate! They could not opperate w/out this Corruption! To much Theft w/in!

#19) It's Clear that even w/a (POWERLESS!) "Gen. Council" Mandate to show "Signature (Notice) of Resp.," as to just who deems themselves legally allowed to Violate our Rights & Laws! NO ONE IS BEING MADE TO ADHEAR TO IT UN CONSTITUTIONALLY! Example! (FN7) #19b,,

#19b) How could Taylor C.I. Pass State Insp (= Purjured Documents!) to receive Federal Funding? When there's not only Black Mold in the (Viso Centers) Ventilation's Systems & more! And!

#19c) Per a "2015" Fed Court's Rulings! Security Camera's are supposed to be FULLY thru out the Inst! Vestables! Compound! & More! YET THERE NOT!!!

#19d) Officials under Art. 6, Sec 3,, Gravel & Art 3, Sec. 11 need to be held accountable to uphold the People's Const Rights & Laws!

VI RELIEF REQUESTED

#20) That Gov. DeSantis is to be ordered to have "IIS" (F.S. §20.315(3)) F.D.O.C turn over all grie's pretaining to those issues unto the Courts & myself,.

#21) That Gov. be made to turn over all Security Logs for the Conf's at all Inst's mentioned! For a more indepth showing of it's corruption w/in THEM!

#22) That Gov. DeSantis turn over all call records/Emails/Faxes & Etc from the following 3 people, #1) James Haigler, (352) 301-0874,, #2) Teresa Barber, (954) 224-7108,, #3) Gwen Maraj, (561) 718-2571, It'll show how many times (ONLY IN PART) that we had to call to report problems!

#23) That the following Inst "S" (Including ALL Depts w/in them!) & Organizations equally be made to turn over for the above (#22) same people & all Depts,.

#23b) Taylor C.I/RMC Main & West Units/Liberty C.I/Okaloosa C.I/Washington C.I/Attorney General's Office/Inspector General/F.D.O.C Tallahassee/Santa Rosa C.I/. (It may simplify things if there given a call to see what #'s & sites they used,.)

#24) My med records (!! X-Rays COMPLETE!!) since entrance,. They will be used in a showing of mass Broken Bones w/NO med Treatments allowed! & MORE!!

#25) Maint. Logs/Requisition Orders/Work Orders for the Same Inst "S" as in #23b concerning Heating/Cooling/Plumbing/Exhaust Fans be turned over,.

#26) All med records for RMC Main & West Units concerning ANY TYPE OF RASH/SKIN IRRATA-

FN7) Though WE the People know, NO ONE will be held accountable for Conspiracy!

#26 (Cont) IZON OR "ETC" for the past 10 yrs! These are vital to the showing that not only was the Governor's Office (whomever Residing) allowing "INHUMANE TREATMENTS" to be Forced onto Inmates! I/WE being Vin & Sadisticly "CHARGED" for "Cruel" Conditions that were being FORCED onto the masses! (OVER ALL!)

#27) THAT THIS BE MADE INTO A "CLASS ACTION" CASE as more than myself are clearly involved! Litigation skills beyond mine are clearly needed,,, (FN8)

#28) That Appointment of Council be appointed as Mass Depositions & Statements will be needed to be gotten! & This case's Exhibits, Evidence & Further Inspections will be needed! I,E, Documentations are needed! Vidio Logs & Etc,. (FN8)

#29) That all Logs, Requizition Orders, Despersal & Etc for the Laundry Dept be given to the Courts, & myself as well,.

#30) That Mr Haigler (above) be included & called TO BAIR WITNESS as he can testify w/Hard Med Records that since about April of 2021,, He was as well subjected to full body "Heat Rashes" for about "8 Months" while at RMC! They Defiantly Refused to treat him! Because it was known by all that it wasn't a med problem! It was how they were Illegally & Inhumanely Housing Guys! (RMC), Grie"S"/Med Records/Maint, logs/Work Orders will show that they Sadistically did not care how we were being housed like animals!

#31) DeSantis needs to supply an Extreme (High & Low) Temp for all Inst Conf. for winter & summer! (Santa Rosa C.I/Taylor C.I/Okaloosa [FN9] C.I/F.S.P & Liberty C.I) = Cold Fronts/Heat Waves & Etc! In a showing that they know 2+ weeks in advance what the weather's gonna be like! But Spitefully waited till after a freeze to hand out Extra Jackets & Blankets! Then took them back before winter had ended! (I,E, & at Santa Rosa, the Heaters were still turning on after the Extra Blanket & Jackets had been taken!) (F.S.P, just turned off Spitefully the "MINIMAL" Heaters! On 11/27/22 Despite Cold Temps)

#32) That an INDEPENDANT "INVESTIGATION TEAM" be used to "Physically Inspect" Windows/Heating Systems/Cooling Systems/Doors/Exhaust Fans/Circulation Fans & Etc! To see just how OUTDATED! BROKEN! & EFFICIENTLY they work! (These are EVERY CITIZEN'S "TAX DOLLARS" being wasted here & THRU OUT THE STATE!) Please remember that a prior Fed Court Ruling ORDERED that by 2023!! (1 month! ALL Prison's THRU OUT FLA are to be "Temp Controled," NOTE! THEY HAVEN'T EVEN STARTED! & Need Fined!

FN8) F.D.O.C can't be allowed to! OR garaunteed that they won't threaten clerks & etc w/in it,,

FN9) My Associates & Florida Cares (legal aid) called management at O.C.I to find out what Emergency Protocals were going to be Implamented due to a Severe Freeze Warning comming w/ mass Broken Windows & NONE EXISTANT Radiant Heating,, Nothing was done!

#33) That at this point,, The Monitary Gain & Further Negotiations are to be held at a later date,, Maybe even to be figured out by a Jury or appointed council,,

VII EXHAUSTION OF ADMINISTRATIVE REMEDIES,,

#34) This case pretains to not only Life Threatening Temps! (Or is the System waiting till someone does die?) How can my Broken Bones & Deformities be ignored??

#35) Admin. Remedies were not only PRIORLY met by the PRIOR (other!) INDIVIDUAL who "won" in court against "#1 Reg. Dir. John Palmer!" For Freezing Inmates! (Temp Problems!) But were further met by my State (#63-2015-CV[2140/2404]) & Fed case (#17-11366-B) & Palmer can't use "Plausable Denial" as an Excuse!

#36) Lastly,, & JUST AS IMPORTANTLY,, "MASS GRIE'S OVER MASS YEARS" shows the Public that these Rights Vio's are being used as "PROTOCALS" (INHUMANE TREATMENTS!) against Inmates! Official "S" are Corruptly being allowed to use them For FUN against us(s)! = Taylor Conf,. They spray gas in cell = My Broken Window!

#37) I AGAIN EMPHASIZE,, Life Threatening Temps! Infestations! INHUMAN CONDITIONS "BEING USED FOR PROFITS!!" & Condemnable Buildings being Ignored to save a buck at Inmates Risk & Safety! Geneva Rule Vio's!

VIII PRIOR LITIGATIONS

Prior Litigations are "NUMBEROUS", But Plaintiff can Honestly state that I do not think that any prior Litigations were found to be Frivolous or were malicious,, They were Dismissed w/out Prejudice & what's being described in this case should certainly fall under "Imminent Danger" as these conditions are still being used thru out F.D.O.C! Officials Distroyed my files = No Records,.

IX CERTIFICATION

#1,. I declare, under penalty of perjury, that all of the information stated above & included on or w/this Form, including my litigation history is true & correct,, (So help me God)

#2,. Additionally, as required by Federal Rules of Civil Procedures 11, I certify that to the Best of my knowledge, information, & belief, this complaint:

- (1) is not being presented for an improper, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
- (2) is supported by existing law or by a non-frivolous arguement for extending, modifying, or reversing existing law;
- (3) the factual contentions have evidentiary support or, will likely have evident-

ary support after a reasonable opportunity for further investigation or discovery; &

(4) the complaint otherwise complies w/ the requirements of Rulle 11,.

#3, I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address & that my failure to do so may result in a dismissal of the action,.

Date ______________, Roy O. Daniels, D.C #L25255

Roy O. Daniels
@ Florida State Prison
P.O. Box 800,, Raiford,, Florida 32083

I certify & declare, under penalty of perjury that this complaint was delivered to prison officials for mailing in the prison's mail system on the ___ day of December 2022,.

Sincerely,, Roy O. Daniels,, #L25255,, Roy O. Daniels.

X3
(F.S.P / 3 Floors Side View / Only 1 side/wing)
Heater Vents X4
Walk Way
Cells
Cold Air
3rd Floor Concrete
mess
Concrete Cells
Walk Ways
Cat Walk
"COLD"
Cold Air
2nd Floor Concrete
mess cat walks
Concrete Cells
Walk Ways
"COLD"
Cold AIR
1st Floor Concrete
BARS
(F.S.P / 2nd Floor, Top View)
UP
Down
2nd Floor officer's station
Desk
Room
Bath
Storage
Shower Cell #1
Shower Cell #1
Cell #18
Cell #18
96 DOOR SIZED WINDOWS
CONCRETE
CONCRETE
MESS CAT WALKS
(---) Designed Air Flow
(—) Altered Air Flow
Heater Vents (X8)
Mess Cat Walks
Exhaust Fans (BROKEN) BLOCKS
(RMC)
WINDOWS
3rd Floor Cells (X18)
Walk Ways
Concrete
2nd Floor Cells (X18)
HEATERS
Concrete
(1 Side) 1 wing of I Block

F.S.P (Below ↘) Summer, officers open 2nd floor Access Door, It shuts down ALL air flow thru our clogged cell vents! All 3 floors outside airflow now only goes thru (officer's area) 2nd Floor Maint. Door! Inmates cook in cells!

Winter,, Officers close 2nd floor Maint. door & keep Extractor Fans on! = 96 Door Size Windows pulling cold air in! The Heaters (ONLY on 3rd Floor) are seldom turned on because they do nothing to help officers 2nd Floor area! The 2nd & 1st floors Freeze! 16 cells (8 Heater Vents Cook! (3rd Floor) If officers want to warm up! They have to walk the 3rd floor!

(RMC/I BLOCK BELOW ↘) 1st Floor is open & used by Institution. 2nd Floor Radiant Heaters do nothing against Broken OPEN Windows! 3rd floor gets nothing at all,, All Exhaust fans are Broken! = Couldn't pull (HOT) air thru cells anyways!

FROM @ Roy O. Daniels,, #L25255
@ Florida State Prison
P.O. Box 800
Raiford, Florida 32083

Mailed From A State
Correctional Institution

DEC 1 5 2022

LEGAL MAIL

TO: CLERK, U.S. DISTRICT COURT
@ 111 North Adams Street,,
Tallahassee, Florida 32301-7730

LEGAL MAIL