# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

ROY O. DANZELS ,

Inmate ID Number: L25255 ,

*(Write your full name and inmate ID number.)*

**v.**

GOV. RON DESANTIS ,

REG. DIR. JOHN PALMER ,

_____ ,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____ /

Legal Mail
Provided to Florida State Prison on
for mailing by _____

**Case No.:** 4:22-cv-00450-TKW-MAF
*(To be filled in by the Clerk's Office)*

**Jury Trial Requested?**
☑ YES   ☐ NO

FILED USDC FLND TL
FEB 2 '23 PM 1:12

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: _ROY O. DANIELS_          ID Number: _L25255_

List all other names by which you have been known: _N/A - NONE_

Current Institution: _Florida State Prison_

Address: _P.O. Box 800_

_Raiford, Florida 32083_

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency,
organization, or corporation. For individual Defendants, identify the person's
official position or job title, and mailing address. Indicate the capacity in
which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: _(Governor) Ron DeSantis_

   Official Position: _Governor of Florida & President of F.D.O.C_

   Employed at: _The Capitol; PL-01_

   Mailing Address: _400 South Monroe Street_

   _Tallahassee, Florida 32399_

   ☑ Sued in Individual Capacity (AND)      ☑ Sued in Official Capacity

2. Defendant's Name: _John Palmer_

   Official Position: _#1 Regional Director_

   Employed at: _Florida Dept of Corrections (Tallahassee)_

   Mailing Address: _501 South Calhoun Street_

   _Tallahassee, Florida 32399_

   ☑ Sued in Individual Capacity _(AND)_   ☑ Sued in Official Capacity

3. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

□ Federal Officials (*Bivens case*)     ☑ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

□ Pretrial Detainee     □ Civilly Committed Detainee

☑ Convicted State Prisoner     □ Convicted Federal Prisoner

□ Immigration Detainee     ☑ Other (*explain below*):

(collateral Ground Only!) Illegally Detained American Citizen, Held on
Charges that do not Constitute an Offense under Law,.

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled
to relief. Describe how *each* Defendant was involved and what each Defendant
did, or did not do, in support of your claim. Identify when and where the events
took place, and state how each Defendant caused you harm or violated federal
law. Write each statement in short, numbered paragraphs, limited as far as
practicable to a single event or incident. ***Do not make legal arguments, quote
cases, cite statutes, or reference a memorandum.*** You may make copies of
page 6 if necessary to supply all the facts. Barring extraordinary circumstances,
no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

#1) It would seem the Courts are w/Clear Biasness to my Const. Protected Due process Rights. Ignoring clearly presented showings that the Def(end-ants) are being let to "Obstruct not only my Rights" to access the courts! (STOLEN COURT'S DOCUMENTS/DENIED COPIES/NO LEGAL ASSISTANCE OR LEGAL SUPPLIES). They have Deli(berately) cut my com(munications) w/my paralegals via phone/Kiosk & (Indigent) mail! I'm being Vin(dictively) & Biasly told to (Hurry Up &) REBUILD "A STOLEN COURT'S DOCUMENT!" (by Memory!) & To use AGAIN (Copy!) the Same Def's Associates who stole it in the First Place! All in Vio(lation) of my "Supposedly" Const. Protected (by Whom?) Rights,,.

#2) Local & State Temps "HAVE BEEN & WILL BE" Recorded in the Freezing Temp Zones! Under Fed(eral) Court's Prerequisites (Page 9) it clearly states "Under Imminent Danger of Serious Physical Injury, 28 U.S.C. § 1915(g)", & Freezing to Death, Frost Bite, being w/Del(iberate) Ind(ifference) Tortured w/FREEZING TEMP'S! All meet that Prerequisite! Being Forced to write in cells where your fingers/hands/Feet & Etc are Frozen Cold as Ice! Are all Phy-sical Assaults being carried out against a prior Fed Court's Orders! Against Health Codes & (IN) Humanity!

**Statement of Facts Continued** *(Page ___ of ___)*

Yet Clearly Ignored For (it would seem) Benifits of State's Budgets!!

#3) "#1" (Regional Director John) Palmer has been PRIORLY CONVICTED (FN1) of "FREEZING INMATES" = "LIFE THREATENING TEMP'S" in Violation of Geneva Convention Rules/Health Codes & Societal Values. Therefore unless the Courts are going to Biasly Ignore "HIS PRIOR CONVICTION HISTORY," (FN2) Notifications Have Been Made.

#4) The Fact that Fed Courts "ALREADY ORDERED DEF'S" to have ALL FLA. (Prison) Housing Building'S to be "Temp Controled" by 2023 is in & of itself cause For addressments herein by this Court! Compound in that it "Directly Deals W & Has A Direct Barring" on this case! A Clear Violation of Fed Courts Orders!

#5) Def's HAVE BEEN made fully aware of Extremely Dilapidated Housing Cond(itions)! FOR YEARS NOW! The Courts are w/Extreme Biasness Ignoring "FACTUALLY & PHYSICALLY HARD EVI(DENCE)! (It would seem) For State's (Def's) Benifits & Budgets! At my & our expenses, Yet a "FED INSPECTION TEAM" (A Nuetral Party!) WOULD NOT! & COULD NOT Ignore Massive Vio's of Out Dated & Broken Windows., Broken Heating (& Cooling) Systems THRU OUT THE STATE! AS WELL AS HERE! All are Factors showing "Life Threatening Freezing Temp's" couldn't be COUNTER ACTED W/ANY EFFICIENCY, PERIOD!

#6) (In my & others opinions) The Courts are w/Extreme Biasness using the terms "Shot Gun Proceedings" For the following reasons, (Please forgive Bullishness = <u>No Legal Aid!</u>)

#   6b) To help cover up & allow State to continue to Obstruct Case's being brought against them, Esp(ecially) when <u>A 2nd Conviction</u> of an Official (J. Palmer) would clearly mean his Job! (= No more Excuse of Plausible Denials!!) This includes <u>allowing Def's to Illegally & Vin Transfer me</u> (us!) (FN3) to F.S.P. to Deli <u>HINDER & OBSTRUCT</u> my case proc(eedings) against them! F.S.P. where they Deli Violate Due Process Rights Under Color of Law! Wherein we are denied access to legal aid & assistance (<u>NOT ONCE</u> has any case I've requested been sent to me! & Giving us 10 to 15 minutes w/a Law Clerk,, <u>WHILE</u> a officer is <u>IMPATIENTLY</u> telling us(a) to "Hurry it up!" Does not meet Due Process Requirements,,)

#7) Biasly Using & Allowing the Team of "Shot Gun Pleadings" is furthermore only a means to allow the Def's to "<u>Further Conceal</u>" - "<u>INCR(IMINATING) EVI</u>" that it does not want brought to the <u>Public's Eye's!</u> Biasly Ignoring the fact that I'm unskilled (ENOUGH) to enter a "<u>Demand For Discovery</u>" at the Right Moment. Due to the Def's <u>STEALING</u> all of my Legal Aid Books & Manuals! (FN3) For <u>it would seem</u> that off-icials are Illegally Allowed to Violate Rules of Courts while hiding behind Color of Law,, For this Court could not serve "<u>Equality of Justice</u>" w/in this case w/out Examining Factually Hard Evi! Just because Incr Evi is having a "<u>Blind Eye</u>" tu-rned on it! Does not mean it is not there! OR not being done & carried out! YET IT WOULD SEEM SO!

#7b) & The "<u>CONTROLED BY GOV. DESANTIS</u> (Def's)" Insp(ector) Gen(eral) [under F.S. 820,31.5 (3) & (3b)] <u>is NOT A NUETRAL PARTY</u> TO USE W/IN THIS CASE! Because "<u>PER LAW</u>",, NO "<u>UNDERLING</u>" (Employee!) can be trusted to Investigate <u>there Bosses!</u>

#7c) The <u>priorly sent</u> "Building"S" Design Plans" alone that I presented onto this Court are BEYOND <u>CONTESTMENT FACTUAL PROOF</u> (& Are Sworn to as such!) that we could not to ANY DEGREE be being given the Least Amount of Heat during "<u>LIFE THREATENING FREEZ-ING TEMP'S!</u>" at F.S.P & R.M.C's Main Unit (I Building)! <u>AND MORE!</u> Esp when,, (See priorly Submitted 1983)

#7d) Old, Out Dated & Broken (<u>EN MASS!</u>) windows are figured in w/a Delapadated Heating System! Then Combine in Documented in mass Grie(vances) (Mine & Others!) Work Orders/Maint. Logs/Requisition Order Forms/(Even) Sick Calls & Med. Records (= Heat Stroke, Heart Attacks, Increased Diabetic Seizures & more = Cold & Heat!) (Just put us to my priorly entered 2015 Mandamus against Palmer,, Ref # 43-2015-cv-[2140/2404], A man had a Heat Stroke at F.S.P.! Palmer was cooking us(a)) THERE IS NO

CONTESTMENT TO THE FACT that the System "ALLOWS" & "IGNORES" "INHUMANE PROTOCALS" & "HARD FACTUALLY DOCUMENTED EVZ" - "YEAR AFTER YEAR" in a Clear Extremly Biased Act that allows Vio's of OUR Rights & Cruel & Unusual Punishment! Cooking/Freezing & MORE!!

#7e) (Clearifying 7b above) I was housed at R.M.C (Main & West Unit) during the Extremely Hot Summer just passed. The one where News Broadcasters were issuing "Extreme (Fatal!) Heat Warnings! I DOCUMENTED in med. Records that I (& MASS OTHERS!!) had "FULL BODY" Heat Rashes! (Sores! Also caused by Bed Bugs, Roach Infestations Spiders & MORE!) This "Inhumanity" is w/Del Ind FULLY DOCUMENTED & FULLY KNOWN w/in R.M.C's Main Unit! (K&I Dorms Esp) & Esp to Management! Every Exhaust Fan in I Block & Some in (Confs) K Dorms are Broken! The fact that EVERY 1 OF THEM (fans) could not have Broke at once! & Given the Fact they broke OVER YEARS would confirm that management (Via Maint!) couldn't deny Knowing they were! I still had that Full/All over rash for more than 1 or 2 monthes after leaving there! (DAMAGE DONE!)

#7f) James Haigler (WITNESS!) also had that ALL OVER rash for more than 8 mths! He got out of there (& F.D.O.C) in about April of 2022! His Med. Records & Grie's further confirm that Management/Med & Etc could not have NOT KNOWN of this "INHUMANE & CRUEL COND's"! (He will be entering a Statement as well!)

#7g) The "I" Block Building Design Plans (On File! & That I entered priorly in my 1983) show that given MASS BROKEN WINDOWS (Missing Glass/Broken Open & Closed) & the "Minimal Radiant Heating Design Layout! W/none being IN OUR CELLS!! There's NO WAY POSSIBLE even to the least! Warmth could be obtained! Esp in FREEZING Temps! LIFE THREATENING TEMPS! (Cooking/Freezing us both apply!!)

#7h) Every Housing Dorm at R.M.C's Main Unit has MASS BROKEN &MISSING WINDOWS!! Leaving No Means for ANYONE to Block Out Life Threatening Temps! Clear Cruel & Unusual Punishment being FORCED upon myself & others!

THE FOLLOWING ISSUES ARE ONLY "COLLATERALLY SUPPORTING" GROUNDS SHOWING THAT THE DEF'S "WORDS" & "GUARANTEES" CAN'T BE TRUSTED! (& Are Equally in a showing to the Public that the System "Biasly Allows" Incr Evi & Protocals to be Ignored & Concealed for State's Benefits/Budgets!)

#8) THE FACT that (Ex) Secretary (D.O.C) Julie Jones reported in the 2015 Congression Report that "F.D.O.C is run like a Criminal Crime Syndocate!" & That "We (management) can no longer mangae (CONTROL!) our own (officers/Inst's!)"

PAGE 6 C

#8) (Con't) YET, NO INVESTIGATION WAS DONE BY ANYONE! Clearly BLIND & FAILED JUSTICE!

#8b) IN VIO of my Const. & Due Process Rights. The System Ignores OUTRIGHT THR-EATS! ABUSE! ASSAULTS! & RETALIATIONS USED TO "INTIMIDATE & STOP" my (& OTHERS!) LEGAL PROC'S THAT ARE BEING BROUGHT AGAINST THEM! UNCONTESTABLE VIO's of EQUALITY of JUSTICE & RIGHTS TO ACCESS COURTS! (Such as the following Fully Documented & Permanently Kept Ex!)

#8c) The last time I filed a Similar Issue (Mandamus #63-2015-CV-[2140/2404]) motion against Palmer for Cooking & Freezing Me/Us! & Challenged His Standings w/in that Case! (He was trying to hide behind Sec. Julie Jones [of DOC] Title!) DOC-UMENTED IN PERM(ANTLY) KEPT HOUSING RECORDS! He Illegally "Emergency Trans-fered" me (From F.S.P to Suwannee C.I.) & Had me Vin & Illegally put against Housing Safety Code Protocals, w/a "3x Lifer "&" Gang Leader", AFTER Lying to him about my case & it's standings! TO GET ME SERIOUSLY HURT OR OFFED! Yet HOW IS IT? That even w/someone having to "Enter An Access Code" to be able to OVER RIDE that "Safety Protocal Program!" NO ONE WAS CONVICTED/ETC!!

#8d) OR When they AGAIN "Illegally Over Road Housing Safety Protocals" to Vin put me w/a "KEEP SEPERATE" who "KILLED" his cell mate "BEFORE ME" & "AFTER ME!" & AGAIN, who had done it (= There Access Codes Entered!) was ignored! THESE PERM KEPT RECORDS ARE BEING IGNORED! (Washington C.I. / F4103)

#8e) OR When they AGAIN "Illegally Over Road Housing Safety Protocals" to Vin put me w/an Extremely Violent (In & Out of Prison!) Nut Job named Franklin Atkins! Who openly admitted to helping them beat up inmates! (Washington C.I.)

#8f) OR How Def. Gov. DeSantis USED HIS STAFF to "Illegally" OVER RIDE (AGAIN!) Hou-sing Safety Protocals Programs to put me "Vin" w/A Ringer! Travis Crawford! Who's not only an Extremely Violent Nut Job! But the 2nd in Command (= ALL OF FLORIDA!!) for the Folk Nation Gang! (PLUS !!)

#8g) He's had 90(+/-) guys check in under him! 70(+/-) SUPPOSEDLY had Sex Charges! (By his own tellings!) There's NO WAY to hide this about there not knowing "WHO & WHAT" he was! DeSantis' E-mailings/Phone Calls/Computer Checks & Etc would confirm He knew how I was being housed! & W/WHOM I WAS BEING HOUSED! Shows his Guilt! (Taylor C.I.)

#8h) On 10/21/22 AFTER I sent a "Emergency Restraining Order" on my tablet to my Paralegals! (To have it filed Electronicly) A officer soon came up (OUTSIDE!) to my cell window! Officer told Travis he needed to "take care" (HURT!) of me for him! He tried to Break My Back by Stomping on it! My RECORDED

PAGE 6D

CALL thereafter to me. Haigles (#7d) will confirm this! Him & His Buddy (#3110 u) pulled shanks & threatened to kill me! Even if I had reported him! Officer's would have "Arranged" for him to get at me! (He worked for them! In more ways than 1) & YES! TAYLOR C.I. IS THAT CORRUPTED! (As you will see!)

#9) HOW IS ANY OF MY ABOVE STATED ISSUES (8c to 8h) ANY DIFFERENT FROM A CITIZEN WHO CONTRACTUALLY HIRES SOMEONE TO GO AT A PUBLIC OFFICIAL?

#9b) DeSantis was "Supposedly" ordered by the Insp. Gen's Office to turn over X-Rays of my STILL BROKEN (shoulder!) & "FORCED" to Heal Deformed Arm! HE'S REFUSING TO MAKE "HIS" EMPLOYEE'S TURN THEM OVER TO US!

#9c) NOT W/STANDING THE FACT that He's the President/C.E.O & Owner of F.D.O.C! Under F.S. §20.315(3), "HE, HIMSELF" would be Required to Order "HIS" EMPLOYEE'S to turn those X-Rays over to us! He also controls Insp Gen to!

#9d) The Fact that Despite "Standard Protocols" that have been in place since the 1800's or MORE! VI/DEL IND they VIo refused to set my "Side by Side" (w/a Large SPIKE/POINT on the outer side of my bones = IN THE MUSCLE!) back in Line as it was supposed to be! ⟨ shoulder Ball⟩ Joint, & TRIED TO HIDE IT!!! Just because they FORCED a "Deformity" on to me! Does not make it Right!!

#9e) DeSantis Employee's are Documented as STEALING COURT'S DOCUMENTS that were sent to be copied at (NOT ONLY!) Taylor C.I., I sent a "Demand for Discovery" to be copied! IT NEVER CAME BACK 4 (DeSantis 1D22-1503 Case!)

#9f) DeSantis Employee's are Documented as STEALING COURT'S DOCUMENTS that were sent to be copied at F.S.P AS WELL! THIS VERY 1983 CIVIL SUIT, I sent to be copied! "NOTICE A PATTERN HERE?! Reference my entered unto THIS COURT on about 1-6-2023,, IT EQUALLY NEVER CAME BACK! (1983) 4 See Brady Vio entered on about 2/16/23.

#9g) OR How DeSantis FORCED me to go Syc in order to get away from the Ringer He had put in my cell, TRAVIS Crawford! They ignored that I had not eaten 6 meals! & Knew I would not eat the next day as well! = 9 meals! They them tried to FORCE someone into my cell to give them 2 trays to say that I was eating! When I was not! Compound in that I had cut myself & could not be housed w/someone else! (They figured the Latin King Gang Member would Control me!) They THEN lied about a cell check to try & put him in!

#9h) They (Taylor C.I. Officers) also lied about me being hand cuffed behind my back! I was front hand cuffed! [SSELF DEFENCE is allowed when we can show They

PAGE 6E

#9h) (Cont) Were Lying to try & Cover up my not eating! Going Syc! & There (Resp"s") Deli OVER RIDING Housing Safety Code Protocals to get me Seriously Injured! They were lying about doing a "cell search" to try & Force some one into my cell! But then, there "Depend On Corr!" = D.O.C." Corr the System Clearly Overlooks!

#9i) Taylor C.I., Compound & Conf. Both in Vio of Our Rights (to warmth!) FORCED us(a) all to not be able to use our "Extra Blankets" From 7am to 5pm! The Same for! Exact thing the Fed Court Convicted Palmer of Priorly! & Rewarded a inmate.

#10) (Collateral Grounds Only!) In a showing of Resp's "Trustworthyness", The court's need to "Federally Investigate" how on Oct 3, 2022 a F.D.O.C Inspection team (Palmer Included!) cleared Taylor C.I for Federal Funding – HOW!?!

#10b) Not only are they (& other Inst's) in Vio of not meeting the Fed Deadline for Temp Controled (All in Fla!) Buildings by 2023! = This Case also!

#10c) But a 2015 Fed Order Mandating that TOTAL Video & Audio Security Systems must be Implamented in Fla! Yet Clearly have not! (Taylor C.I)

#10d) Resp's were Contracted & Court Ordered to "Maintain a Specific Level of Standards" for Housing Inmates! They've NEGLECTED! IGNORED & DEFIANTLY REFUSED TO Maintain those "Set Standards," & Try to use the "Animals" they house as the Excuse! Yet it's there being Under Staffed! Embezzling Funds! Lack of Training! & Refusal to fix Delapidated Inst's that's the cause!

FN#1) It's not my fault or the Public's that the System in Defiance of the People's Rights to know! Refuses to make Corrupted Official's PUBLICLY SHOW THERE PRIOR CONVICTIONS! Esp when there Vio Freezing people FOR FUN & MONEY!

FN#2) Def's prior history needs to be Disclosed for this Court to be able to dismiss this case against Resp's! It'll show there knowledge herein of Vio's & Our Rights!

FN#3) I'm allowed to enter any ground that will show a Jury that Resp's will go to no end to try & Stop proceedings that are being brought against them!

FN#4) In Vio of our Due Process Rights! The System Bigoly Ignores the Core(uption) the static's (Resp"s") are being "PROTOCORICLY ALLOWED TO USE!" 2 Sets of Law!

PAGE 6F

## V. STATEMENT OF CLAIMS *Courts need to RE Direct these accuzations at the Resp's Corruption that caused issues to Expand!*

State what rights under the Constitution, laws, or treaties of the United States

have been violated. Be specific. If more than one claim is asserted, number each

separate claim and relate it to the facts alleged in Section IV. If more than one

Defendant is named, indicate which claim is presented against which Defendant.

#1) *1st Amend Vio in Remaining free from threats to Petition for redress*

#2) *8th Amend Vio in Resp's Freezing & Cooking me & others for Spite & Money!*

#3) *6th Amend Vio in being Denied my Rights to Obtain Discovery of Incr Evi !!*

(FN6) → #4) *1st/6th Amend Vio in not being allowed the Assistance of Legal Aid/Council!*

#5) *1st/8th/14th Amend Vio in being denied Med. Aid as Retaliation for invoking my 1st Amend Rights to Access the Courts! = Resp's keeping Me Deformed Physically in Retaliation! (& Using Inmates to ASSAULT ME = Housing Assignments)*

#6) *Art III, Sec 11/4th/14th Amend Vio of No Law shall allow Resp to Continuously Vio (Freeze/Cook/Threaten/Deny Legal Aid AND ASSAULT ME) Our Physical & Personal Rights while hiding behind Color of Law! To Protect from 2nd Conviction!*

#7) *Art 8,10,11,21,28 & 30, Give the Rights of Equal Protection of Law to Stop the Resp's from STEALING & ERASING my Legal Documents against them!*

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal

arguments or cite to cases/ statutes. If requesting money damages *(either*

*actual or punitive damages),* include the amount sought and explain the basis

*☆☆ THIS CASE EFFECTS EVERY INMATE IN F.D.O.C !!! ☆☆*

#1) → for the claims. #1) *That a "Fed, Impartial & Nueteal" Inspection Team be used to Inspect ALL F.D.O.C Inst's! (R.M.C has MASS Condemnable Buildings! F.S.P as well! Structural Damage Abounds! Delapadated Heating/Cooling/Living/Eating Cond ARE BEING OUTRIGHT IGNORED/CONCEALED & LIED ABOUT) 4 Fed Funds!*

#2) *That Palmer be made to turn over his PRIOR CONVICTION HISTORY!*

#3) *That I be given a Copy of my Housing (w/Whom!) Log History !!*

#4) *That DeSinths be MADE TO Turn over my Med History "INCLUDING X-RAYS"!*

#5) *That = Freedom Info Act, All persons responsible for OVER RIDING HOUSING SAFETY PROTOCALS be made Known to me! Including Erased Legal Documents*

#6) → *from my tablet! #6)RETURN MY TABLET = Access to my Paralegals!*

#7) *Apoint Councel to me as Discovery, Med Files, Evie's, Structural Designs For*

*(DISCOVERY) → MASS INMATES & INST'S ARE NEEDED!* 7

FN6) *IN A CASE THAT CLEARLY NEEDS MORE LEGAL SKILLS THAN I HAVE = CLASS ACTION!*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII.   PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. §

1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

The 1st Inmate that got Palmer convicted met the Requirements! #2 I met the Requirements in my priorly brought Case #63-2015-CV-2140/2404 (NOT IGNORING that we are addressing LIFE THREATENING TEMPS HEREIN!! & ASSAULTS!

## VIII.   PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A Victim can not be held responsible for the Resp's Employees Deli Distroying my Records (Legal Documents) AGAINST THEM!

*incarcerated or detained in any facility, brought an action or appeal in a*
*court of the United States that was dismissed on the grounds that it is*
*frivolous, malicious, or fails to state a claim upon which relief may be*
*granted, unless the prisoner is under imminent danger of serious physical*
*injury." 28 U.S.C. § 1915(g).*

A.  Have you had any case in federal court, including federal appellate

court, dismissed as frivolous, as malicious, for failure to state a

claim, or prior to service?

☐ YES   ☑ NO

If "Yes," identify the case number, date of dismissal, and court for

each case:

1.  Date:_____ Case #: _____

Court: _____

Reason: _____

2.  Date:_____ Case #: _____

Court: _____

Reason: _____

3.  Date:_____ Case #: _____

Court: _____

Reason: _____

*(If necessary, list additional cases on an attached page)*

B.  Have you filed other lawsuits or appeals in ***state or federal court*** dealing

with the same facts or issue involved in this case?

□ YES □ NO

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1.  Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

2.  Case #:_____Parties: _____

Court:_____Judge: _____

Date Filed:_____Dismissal Date (*if not pending*): _____

Reason: _____

*(If necessary, list additional cases on an attached page)*

C.  Have you filed any other lawsuit, habeas corpus petition, or appeal in

***state or federal court*** either challenging your conviction or  relating to

the conditions of your confinement?.

□ YES    □ NO

If "Yes," identify all lawsuits, petitions and appeals:

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in **state or federal court** dealing

with the same facts or issue involved in this case?

☑ YES ☐ NO   ONLY SIMILAR (Heating/Cooling)

If "Yes," identify the case number, parties, date filed, result (*if not still*

*pending*), name of judge, and court for each case (*if more than one*):

1. Case #63-2015-CV-2140 Parties: Daniels Vs Palmer (F.S.P Warden)

   Court: ?          Judge: ?

   Date Filed: 2015   Dismissal Date (*if not pending*): ?

   Reason: Illegally Emergency Transfered! CAN'T BE DONE NOW!

2. Case #:63-2015-CV-2404 Parties: Daniels Vs Palmer (F.S.P Warden)

   Court: ?          Judge: ?

   Date Filed: 2015   Dismissal Date (*if not pending*): ?

   Reason: Illegally Emergency Transfered! CAN'T BE DONE NOW!
   *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in

**state or federal court** either challenging your conviction or  relating to

the conditions of your confinement?.

☑ YES  ☐ NO   ~~Crossed out~~ Gain Time Awards

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: _____?_____ Parties: Daniels Vs. Gov R. Scott _____

   Court: Fla. Sup Crt _____ Judge: _____?_____

   Date Filed: 2017+/- _____ Dismissal Date (*if not pending*): _____?_____

   Reason: I DROPPED IT TO REASSERT GROUNDS IN LT _____

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

3. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

   Court:_____Judge: _____

   Date Filed:_____Dismissal Date (*if not pending*): _____

   Reason: _____

   (***Attach additional pages as necessary to list all cases.***)

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.


2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: _1/29/23_ Plaintiff's Signature: _Roy O. Daniels_ #L25255

Printed Name of Plaintiff: _Roy O. Daniels_

Correctional Institution: _Florida State Prison_

Address: _P.O. Box 800_

_Raiford, Florida 32083_

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the _29th_ day of _Jan_, 20_23_.**

Signature of Incarcerated Plaintiff: _Roy O. Daniels_

From: Roy O. Daniels #L25255
@ Florida State Prison
P.O. Box 700, Raiford, Florida 32083

LEGAL MAIL

To: U.S. NORTHERN DISTRICT COURT
111 NORTH ADAMS STREET
TALLAHASSEE, FLORIDA
32301-7736

FEB 03 2023