UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROY O. DANIELS,

    Plaintiff,

v.                                Case No. 4:22-cv-450-TKW/MAF

GOVERNOR RON DESANTIS, et al.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). Plaintiff filed a "Rebuttal to Court's Recommendations" (Doc. 10), which the Court construes as an objection to the Report and Recommendation.

The objection is largely incomprehensible, but it appears to focus on the alleged merits of the case rather than the magistrate judge's ruling that dismissal is warranted based on Plaintiff's failure to disclose his litigation history. Upon due consideration of the objection and the case file pursuant to 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's determination that this case should be dismissed as malicious based on Plaintiff's failure to disclose

his litigation history.¹ *See Burrell v. Moore*, 854 F. App'x 624 (11th Cir. 2021) ("An action is malicious when a prisoner misrepresents his prior litigation history on a complaint form requiring disclosure of such history and signs the complaint under penalty of perjury ….").

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under 28 U.S.C. §1915(e)(2)(B)(i) and 1915A(b)(1) as malicious.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 27th day of February, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

---

¹ Based on this conclusion, the Court need not decide whether this case should also be dismissed based on Plaintiff's failure to comply with court orders.